**FILED**

10/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0607

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0607

CITY OF THOMPSON FALLS,

Plaintiff and Appellee,

v.

SETH ANDREW KELLER-KEITH

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 10, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Order - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 12 2023